IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW WENNER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration | : | NO. 14-3416 |

## ORDER

**AND NOW**, this 19th day of May, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 14), Defendant's Response thereto, Plaintiff's reply, and the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated April 30, 2015 (Docket No. 18), to which the parties have filed no objections, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:


/s/ John R. Padova
John R. Padova, J.